# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00467-CV

### In the Interest of N. M. K. T.

## FROM THE DISTRICT COURT OF CONCHO COUNTY, 119TH JUDICIAL DISTRICT
## NO. DAD-13-04305, HONORABLE GARLAND B. WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss this appeal.  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   September 30, 2014